THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs CRAIG YATES
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>      Plaintiffs,<br><br>v.<br><br>WINTER PROPERTIES a general Californai partnership; ANDRADE LUZ BEATRICE and ARMANDO ROBLES CORONEL, individuals dba TAQUERIA EL CORONEL,<br><br>      Defendants. | **CASE NO.  C 07-2657 JL**<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 23, 2007        THOMAS E. FRANKOVICH
                           *A PROFESSIONAL LAW CORPORATION*


                           By:      /s/ Jennifer L. Steneberg
                                 Jennifer Steneberg
                           Attorneys for Plaintiffs CRAIG YATES and
                           DISABILITY RIGHTS ENFORCEMENT, EDUCATION
                           SERVICES