1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900
   Attorneys for Plaintiffs
5  CRAIG YATES
   and DISABILITY RIGHTS
6  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
7  HELP OTHERS

8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 | CRAIG YATES, an individual; and           )  CASE NO. C07-2657-JL
     DISABILITY RIGHTS ENFORCEMENT,            )
12 | EDUCATION, SERVICES: HELPING              )  **RETURN OF SERVICE RE DEFENDANTS**
     YOU HELP OTHERS, a California public      )  WINTER PROPERTIES a general California
13 | benefit corporation,                      )  partnership; ANDRADE LUZ BEATRICE and
            Plaintiffs,                        )  ARMANDO ROBLES CORONEL, individuals
14                                             )  dba TAQUERIA EL CORONEL,
     v.                                        )
15                                             )
     WINTER PROPERTIES a general               )
16 | California partnership; ANDRADE LUZ       )
     BEATRICE and ARMANDO ROBLES               )
17 | CORONEL, individuals dba TAQUERIA         )
     EL CORONEL,                               )
18                                             )
                                               )
19          Defendants.                        )
   _____   )
20

21

22

23

24

25

26 RETURN OF SERVICE RE DEFENDANTS WINTER PROPERTIES a general Californai partnership; ANDRADE LUZ BEATRICE and
   ARMANDO ROBLES CORONEL, individuals dba TAQUERIA EL CORONEL
27

28

                                                                                    1

| Attorney or Party without Attorney: THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600   FAX No: 415-674-9900 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: CRAIG YATES, et al.
Defendant: WINTER PROPERTIES, et al.

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number: C 07 2657 JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISIBILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT

3. a. Party served: WINTER PROPERTIES

4. Address where the party was served: 200 PETRERO AVENUE
   SAN FRANCISCO, CA 94103

5. I served the party:
   b by substituted service. On: Fri., Jul. 13, 2007 at: 1:15PM by leaving the copies with or in the presence of:
   SHIRLEY SYZIMAN, EMPLOYEE
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG SCHROEDER              d. The Fee for Service was:
                                  e. I am (3) registered California process server
   First Legal Support Services         (i) Independent Contractor
   ATTORNEY SERVICES                    (ii) Registration No.: 190
   1138 HOWARD STREET                   (iii) County: Marin
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date:Sat, Jul. 14, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007              PROOF OF SERVICE        (DOUG SCHROEDER)
                                                     SUMMONS                 6359938.thofr-fg.75842

| Attorney or Party without Attorney: THOMAS E. FRANKOVICH, Bar #74414 THE FRANKOVICH GROUP 2806 VAN NESS AVE SAN FRANCISCO, CA 94109 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Telephone No: 415-674-8600   FAX No: 415-674-9900 | | Ref No or File No: | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court Northern District Of California | | | | | |
| Plaintiff: CRAIG YATES, et al. | | | | | |
| Defendant: WINTER PROPERTIES, et al. | | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: C 07 2657 JL | |

1. I, DOUG SCHROEDER, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant WINTER PROPERTIES as follows.

2. Documents: Summons In A Civil Case Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disibilities Act Title Iii; Ecf Registration Information Handout..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 07/03/07 | 8:58am | Business | THERE IS NO BUSINESS HERE BY THIS NAME. Attempt made by: DOUG SCHROEDER. Attempt at: 200 PETRERO AVENUE SAN FRANCISCO CA 94103. |
| Fri | 07/13/07 | 1:15pm | Business | SHIRLEY SYZIMAN STATED, "WE DON'T OWN THE PROPERTY ANYMORE, GLEN LEARNER IS THE CURRENT OWNER." Attempt made by: DOUG SCHROEDER. Attempt at: 200 PETRERO AVENUE SAN FRANCISCO CA 94103. |
| Fri | 07/13/07 | 1:15pm | Business | Substituted Service on: WINTER PROPERTIES Business - 200 PETRERO AVENUE SAN FRANCISCO, CA. 94103 by leaving a copy of the document(s) with: SHIRLEY SYZIMAN, EMPLOYEE Served by: DOUG SCHROEDER |
| Fri | 07/13/07 | | | Mailed copy of Documents to: WINTER PROPERTIES |

3. Person Executing
   a. DOUG SCHROEDER
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 190
      (iii) County: Marin

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Sat, Jul. 14, 2007     AFFIDAVIT OF REASONABLE DILIGENCE     (DOUG SCHROEDER)

| Attorney or Party without Attorney: THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600   FAX No: 415-674-9900 | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court Northern District Of California | |
| Plaintiff: CRAIG YATES, et al. | |
| Defendant: WINTER PROPERTIES, et al. | |

| PROOF OF SERVICE By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: C 07 2657 JL |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured

2. I served copies of the SUMMONS IN A CIVIL CASE COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT, NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISIBILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

   a. Date of Mailing: Fri., Jul. 13, 2007
   b. Place of Mailing: SAN FRANCISCO, CA 94103
   c. Addressed as follows: WINTER PROPERTIES
      200 PETRERO AVENUE
      SAN FRANCISCO, CA 94103

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Jul 13, 2007 in the ordinary course of business.

5. Person Serving:
   a. AARON DANIEL
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Sat, Jul. 14, 2007

(AARON DANIEL)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

6359938.thafr-fg 75842

| Attorney or Party without Attorney: THOMAS E. FRANKOVICH, Bar #74414  THE FRANKOVICH GROUP  2806 VAN NESS AVE  SAN FRANCISCO, CA 94109  Telephone No: 415-674-8600   FAX No: 415-674-9900 | For Court Use Only |
|---|---|
| Ref No. or File No: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court Northern District Of California | |
| Plaintiff: CRAIG YATES, et al | |
| Defendant: WINTER PROPERTIES, et al. | |

| PROOF OF SERVICE SUMMONS | Hearing Date | Time | Dept/Div | Case Number C 07 2657 JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISIBILITIES ACT TITLE III, ECF REGISTRATION INFORMATION HANDOUT

3. a. Party served:       ANDRADE LUZ BEATRICE
   b. Person served:      URIEL GONZALEZ, EMPLOYEE

4. Address where the party was served:   1015 GRAVENSTEIN HIGHWAY SOUTH
                                          SEBASTOPOL, CA 95472

5. I served the party:
   b. by substituted service. On: Thu., Jul. 12, 2007 at: 1:08PM by leaving the copies with or in the presence of:
      URIEL GONZALEZ, EMPLOYEE
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ALENE RUMMEL                              d. The Fee for Service was:
                                                e. I am: (3) registered California process server
   First Legal Support Services                    (i) Independent Contractor
   ATTORNEY SERVICES                               (ii) Registration No: P-371
   301 CIVIC CENTER DR. WEST                       (iii) County: Sonoma
   Santa Ana, CA 92701
   (714) 541-1110, FAX (714) 541-8182

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Sat, Jul. 14, 2007

                                                              *Alene Rummel*
                                                              (ALENE RUMMEL)

Judicial Council Form                    PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS                              6359937.thofr-fg 75841

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | | |
| Telephone No. 415-674-8600    FAX No: 415-674-9900 | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | |
| Plaintiff: CRAIG YATES, et al. | | |
| Defendant: WINTER PROPERTIES, et al. | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 2657 JL |

1. I, ALENE RUMMEL, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant ANDRADE LUZ BEATRICE as follows.

2. Documents: Summons In A Civil Case Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disibilities Act Title Iii; Ecf Registration Information Handout..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 07/05/07 | 1:03pm | Business | SUBJECT IS NOT IN AT THIS TIME. Attempt made by: ALENE RUMMEL. Attempt at: 1015 GRAVENSTEIN HIGHWAY SOUTH SEBASTOPOL CA 95472. |
| Fri | 07/06/07 | 3:03pm | Business | SUBJECT IS NOT IN AT THIS TIME. Attempt made by: ALENE RUMMEL. Attempt at: 1015 GRAVENSTEIN HIGHWAY SOUTH SEBASTOPOL CA 95472. |
| Thu | 07/12/07 | 1:08pm | Business | Substituted Service on: ANDRADE LUZ BEATRICE Business - 1015 GRAVENSTEIN HIGHWAY SOUTH SEBASTOPOL, CA. 95472 by Serving: URIEL GONZALEZ, EMPLOYEE a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. Served by: ALENE RUMMEL |
| Thu | 07/12/07 | | | Mailed copy of Documents to: ANDRADE LUZ BEATRICE |

3. Person Executing
   a. ALENE RUMMEL
   b. FIRST LEGAL SUPPORT SERVICES
      301 CIVIC CENTER DRIVE WEST
      SANTA ANA, CA 92701
   c. (714) 541-1110

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No: P-371
      (iii) County: Sonoma

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Sat, Jul. 14, 2007    **AFFIDAVIT OF REASONABLE DILIGENCE**    _Alene Rummel_
(ALENE RUMMEL)

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600   FAX No: 415-674-9900 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court | | |
| United States District Court Northern District Of California | | |
| Plaintiff: CRAIG YATES, et al. | | |
| Defendant: WINTER PROPERTIES, et al. | | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div. | Case Number:<br>C 07 2657 JL |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL CASE COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISIBILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

   a. Date of Mailing: Thu., Jul. 12, 2007
   b. Place of Mailing: SAN FRANCISCO, CA 94103
   c. Addressed as follows: ANDRADE LUZ BEATRICE
      1015 GRAVENSTEIN HIGHWAY SOUTH
      SEBASTOPOL, CA 95472

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Jul. 12, 2007 in the ordinary course of business.

5. Person Serving:
   a. AARON DANIEL
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Sat, Jul 14, 2007                         (AARON DANIEL)
                                                    6359937.thofr-fg 75841

   Judicial Council Form                PROOF OF SERVICE
   Rule 982.9.(a)&(b) Rev January 1, 2007    By Mail

| Attorney or Party without Attorney | | | | For Court Use Only |
|---|---|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | | | | |
| Telephone No 415-674-8600 | FAX No 415-674-9900 | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court | | | | |
| United States District Court Northern District Of California | | | | |
| Plaintiff: CRAIG YATES, et al. | | | | |
| Defendant: WINTER PROPERTIES, et al | | | | |
| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 2657 JL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES, CIVIL COVER SHEET; WELCOME TO THE U S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISIBILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT

3. a. Party served:                        ARMANDO ROBLES CORONEL

4. Address where the party was served:       1015 GRAVENSTEIN HIGHWAY SOUTH
   SEBASTOPOL, CA 95472

5. I served the party:
   a **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jul. 09, 2007 (2) at: 12:12PM

7. *Person Who Served Papers:*                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ALENE RUMMEL
                                     d. *The Fee for Service was:*

   First Legal Support Services
   ATTORNEY SERVICES
   301 CIVIC CENTER DR. WEST
   Santa Ana, CA 92701
   (714) 541-1110, FAX (714) 541-8182

                                     e. I am: (3) registered California process server
                                            (i) Independent Contractor
                                            (ii) Registration No.:    P-371
                                            (iii) County               Sonoma

8 I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
Date: Fri, Jul. 13, 2007

                                                  *(signature)*
Judicial Council Form                PROOF OF SERVICE           (ALENE RUMMEL)
Rule 982.9.(a)&(b) Rev January 1, 2007     SUMMONS                                6359935.thof-fg.75801

**CERTIFICATE OR PROOF OF SERVICE**

State of California       )
                          ) ss
County of San Francisco   )

    I, the undersigned, say: I am and was at all times herein mentioned, a resident of the City and County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**PROOF OF SERVICE SUMMONS AND COMPLAINT**

on the interested parties in this action, conveyed as follows:

☒ by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
    ☒ in first class U.S. Mail
    ☐ in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐ by transmitting via facsimile to the fax number(s) set forth below.

☐ by causing personal delivery by Western Messenger Service.

☐ by personal hand-delivery.

addressed to:

Armando Robles Coronel            Winter Properties
1015 Gravenstein Highway South    200 Petrero Avenue
Sebastopol, CA 95472              San Francisco, CA 94103

Andrade Luz Beatrice
1015 Gravenstein Highway South
Sebastopol, CA 95472

    I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on July 19, 2007, at San Francisco, California.

ARMETRICE COOPER
(Original signed)