1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900
   Attorneys for Plaintiffs
5  CRAIG YATES
   and DISABILITY RIGHTS
6  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
7  HELP OTHERS

8

9            UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> WINTER PROPERTIES a general California partnership; ANDRADE LUZ BEATRICE and ARMANDO ROBLES CORONEL, individuals dba TAQUERIA EL CORONEL, <br><br> Defendants. | **CASE NO. C07-2657-JL** <br><br> **STIPULATION EXTENDING TIME FOR DEFENDANTS ANDRADE LUZ BEATRICE and ARMANDO ROBLES CORONEL, individuals dba TAQUERIA EL CORONEL TO RESPOND TO COMPLAINT** |

Plaintiffs CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS ("DREES") through their undersigned counsel, and defendant ANDRADE LUZ BEATRICE and ARMANDO ROBLES CORONEL, through their undersigned counsel, stipulate as follows:

1. Defendants ANDRADE LUZ BEATRICE and ARMANDO ROBLES CORONEL, are granted an extension of time to and including August 11, 2007, to answer or otherwise respond to plaintiffs' complaint.

**STIPULATION EXTENDING TIME FOR DEFENDANTS ANDRADE LUZ BEATRICE and ARMANDO ROBLES CORONEL, TO RESPOND TO COMPLAINT**
**CASE NO. C07-2657-JL**

2. In the event defendants ANDRADE LUZ BEATRICE and ARMANDO ROBLES CORONEL, file a motion in lieu of an answer to plaintiffs' complaint, the hearing on such motion shall be set on a date no sooner than 45 days from the filing of said motion.

3. Defendant's counsel further stipulates that defendant will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by the court prior to the date on which defendants' responsive pleading is due hereunder.

This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED.

DATED: August 1, 2007    THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*


By:  /s/ Thomas E. Frankovich
      Thomas E. Frankovich
Attorneys for Plaintiffs CRAIG YATES and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS


DATED: August 1, 2007    LAW OFFICES OF MARVIN PEDERSON


By:    /s/ Marvin Pederson
      Marvin Pederson
Attorneys for Defendants ANDRADE LUZ BEATRICE and ARMANDO ROBLES CORONEL

**STIPULATION EXTENDING TIME FOR DEFENDANTS ANDRADE LUZ BEATRICE and ARMANDO ROBLES CORONEL, TO RESPOND TO COMPLAINT**
**CASE NO. C07-2657-JL**    2