UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES,

    Plaintiff(s),                         No.C07-2657 JL

    v.                                    **NOTICE**

WINTER PROPERTIES, et al.,

    Defendant(s).

_____/

    A case management conference has been set in the above entitled cased for May 7, 2008 @ 10:30 a.m. in Courtroom F before Chief Magistrate Judge James Larson. Counsel shall file an updated case management statement one week prior.

Dated: March 11, 2008

_____
Wings Hom Courtroom Deputy  to
Chief United States Magistrate Judge
James Larson

Blank.frm                             1