THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:   415/674-8600
Facsimile:   415/674-9900

Attorneys for Plaintiffs
CRAIG YATES
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>           Plaintiffs,<br><br>v.<br><br>WINTER PROPERTIES a general California partnership; ANDRADE LUZ BEATRICE and ARMANDO ROBLES CORONEL, individuals dba TAQUERIA EL CORONEL,<br><br>           Defendants. | CASE NO. C07-2657-JL<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:        May 7, 2008<br>Time:       10:30 a.m.<br>Judge:      Hon. Larson<br>Courtroom:  F, 15th Floor<br>            450 Golden Gate Avenue<br>            19th Floor<br>            San Francisco, CA<br><br>Telephone:  (415) 522-2046 |

The parties to the above-captioned action jointly submit this Case Management Statement.

**1.    JURISDICTION, VENUE & SERVICE**

**Jurisdiction:** This Court has jurisdiction of this action pursuant to 28 U.S.C. §1331 for claims of violations of the Americans with Disabilities Act of 1990, 42 U.S.C. §12101, *et seq*. Pursuant to supplemental jurisdiction, attendant and related causes of action, arising from the same nucleus of operative facts and arising out of the same transactions, are also brought under parallel California law, whose goals are closely tied with the ADA, including but not

limited to claims of violations of California Civil Code §51, *et seq.* and § 54, *et seq.*, California Health & Safety Code §19955 *et seq.*, including §19959; and Title 24, California Building Standards Code.

**Venue:** Venue is proper in this court pursuant to 28 U.S.C. §1391(b) and is founded on the facts that the real property which is the subject of this action is located in this district at/near Sebastopol, California, and that plaintiffs' causes of action arose in this district.

**Status of Service of Process:**

All parties to the action have been served.

**2.  BRIEF DESCRIPTION OF CASE/FACTS**

This is an action brought by plaintiffs for discrimination based upon the defendants' alleged failure to comply with the Americans with Disabilities Act of 1990 (ADA), 42 U.S.C. §12101, *et seq.*, the Unruh Civil Rights Act, Cal. Civ. Code §§51 and 51.5, California Health & Safety Code §19955, *et seq.*, and the California Disabled Persons Act, Cal. Civ. Code §§54, 54.1 and 54.3, all of which relate to the denial of access to a place of public accommodation.

Plaintiff Craig Yates is a person with a disability. Plaintiff visited Taqueria El Coronel, a place of public accommodation, on several occasions. While at Taqueria El Coronel, plaintiff allegedly encountered several architectural barriers to access, including a lack of proper accessibility signage identifying accessible facilities and accommodations, lack of proper disabled accessible parking, a lack of an accessible path of travel to the accessible facilities and accommodations, and lack of accessible men and women's restrooms. Plaintiffs allege that the existence of these architectural barriers constitutes violations of plaintiffs' civil rights under federal and state law, and caused plaintiff Craig Yates to suffer actual harm at the hands of defendants.

**3.  PRINCIPAL LEGAL ISSUES IN DISPUTE**

    a.    whether architectural barriers existed and/or continue to exist at Taqueria El Coronel which denied access to persons with disabilities;

    b.    whether the removal of architectural barriers was/is readily achievable;

     c.    whether defendants made alterations and modifications to Taqueria El Coronel which trigger compliance with certain State and federal disability access standards; and

     d.    whether and to what extent plaintiff Craig Yates suffered actual damages at the hands of defendants.

**4.   MOTIONS**

If settlement efforts are unsuccessful, plaintiffs anticipate bringing a motion for summary judgment on this issue of defendants' liability.

Defendants anticipate bringing a motion for summary judgment on the issue 3(c) above.

**5.   AMENDMENT OF PLEADINGS**

Plaintiffs will amend the complaint to add additional visits by plaintiff Craig Yates to the subject public accommodation.

Defendants may oppose plaintiffs' application to amend.

**6.   EVIDENCE PRESERVATION**

No issues anticipated.

**7.   DISCLOSURES**

Plaintiffs served their initial disclosures of evidence pursuant to Fed. R. Civ. P. 26 August 14, 2007. These disclosures included identification of known percipient witnesses, and production of receipts from the subject public accommodation, pre-filing correspondence from plaintiff Craig Yates to the manager of El Coronel.

Defendants have disclosed known witnesses and know of no pertinent documents at this time.

**8.   DISCOVERY**

The parties request that the permissible number of interrogatories be increased to fifty (50) per party. Discovery shall otherwise be conducted pursuant to the limitations set-forth in the Federal Rules of Civil Procedure.

**9.   CLASS ACTION**

Not Applicable.

**10.   RELATED CASES**

None.

**11.   RELIEF**

Plaintiffs seek injunctive relief to compel defendants to make their public accommodation accessible pursuant to ADAAG or Title 24, whichever is more restrictive, and to further maintain access in the future. Plaintiffs also seek actual and statutory damages and attorneys' fees, including litigation expenses and costs.

**12.   SETTLEMENT/ADR**

The ADR process to which the parties jointly request referral is court-sponsored mediation.

**13.   MAGISTRATE JUDGE TRIALS**

The parties consent to a Magistrate Judge for trial purposes.

**14.   OTHER REFERENCES**

Not applicable.

**15.   NARROWING OF ISSUES**

Plaintiffs believe that the issue of defendants' liability can be decided on motion to the Court.

**16.   EXPEDITED SCHEDULE**

Not applicable.

**17.   SCHEDULING**

| | |
|---|---|
| Disclosure of Expert Witness: | September 12, 2008 |
| Discovery Cut-off: | December 19, 2008 |
| Last Day to Hear Motions: | February 11, 2009 |
| Final Pretrial Conference: | March 25, 2009 |
| Trial Date: | May 6, 2009 |

**18.   TRIAL**

**Anticipated length of trial:** 4 days

**Type of trial:**   X   jury        court

**19. NON-PARTY INTERESTED PERSONS**

The parties are unaware of any non-party interested persons or entities.

**20. OTHER MATTERS**

None.

Dated: April 30, 2008

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: /s/
　　Thomas E. Frankovich
Attorneys for Plaintiffs CRAIG YATES and
DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

Dated: April 30, 2008

MARVIN PEDERSON, Attorney at Law

By: /s/
　　Marvin Pederson
Attorneys for Defendants WINTER PROPERTIES
a general California partnership; ANDRADE LUZ
BEATRICE and ARMANDO ROBLES
CORONEL, individuals dba TAQUERIA EL
CORONEL