## CIVIL MINUTES

**Chief Magistrate Judge James Larson**            FTR 10:31-10:37 ( 03 min)
Date: **May 7 , 2008**

Case No: **C07- 2657 JL**

Case Name: **Craig Yates v. Winte Properties, et al**

Plaintiff  Attorney(s):Thomas Frankovich
Defendant Attorney(s): Marvin Pederson

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                              **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING: Case referred to ADR for mediation**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 7-9-08 @ 10:30 a.m. for fur CMC
Counsel to submit updated statement few days prior.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
       [ ] Jury  [ ]  Court


Notes:




cc: Venice, Kathleen, ADR