1
2
3
4              IN THE UNITED STATES DISTRICT COURT
5            FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
   Craig Yates
7
                                   )
8            Plaintiff(s),          )    No.: C- 07- 2657 JL
                                   )
9       v.                          )    CONSENT TO PROCEED BEFORE A
   Mintier Properties              )    UNITED STATES MAGISTRATE JUDGE
10         et al                   )
           Defendant(s).            )
11  _____)
12
13      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
14
15       In accordance with the provisions of Title 28, U.S.C.
16  Section 636(c), party[ies] to the above-captioned civil matter
17  hereby voluntarily waive their rights to proceed before a Judge
18  of the United States District Court and consent to have a United
19  States Magistrate Judge conduct any and all further proceedings
20  in the case, including trial, and the entry of a final judgment.
21  Appeal from the judgment shall be taken directly to the United
22  States Court of Appeals for the Ninth Circuit.
23
24  _____    _____
    Attorney for Plaintiff             Attorney for Defendant
25
    Dated:  5/7/08
26
27
28