1 | Marvin Pederson     (S.B. No. 85258)
  | Attorney at Law
2 | 1160 N. Dutton Avenue, Suite 150
  | Santa Rosa, CA 95401
3 |
4 | Telephone: (707) 544-9444
  | Facsimile: (707) 544-5829
5 | Attorney for Defendants WINTER
  | PROPERTIES, ANDRADE LUZ
6 | BEATRICE and ARMANDO ROBLES
  | CORONEL, individuals dba TAQUERIA
7 | EL CORONEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation, | No. C-07-2657 JL |
|---|---|
| Plaintiffs, | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | JURY TRIAL DEMANDED |
| WINTER PROPERTIES, a general California parnership; ANDRADE LUZ BEATRICE and ARMANDO ROBLES CORONEL, individuals dba TAQUERIA EL CORONEL, | |
| Defendants. | Chief Magistrate Judge James Larson |

It is hereby stipulated by and between the parties hereto through their respective counsel that the court may continue the Case Management Conference that is presently scheduled for July 9, 2008 to Wednesday, October 1, 2008, at 10:30 a.m. The reason for continuing the Case Management Conference is that this matter is presently scheduled for a mediation on August 14, 2008.

Dated:     June 27, 2008

/s/ Marvin Pederson
MARVIN PEDERSON,
Attorney for Defendants WINTER
PROPERTIES, ANDRADE LUZ
BEATRICE and ARMANDO
ROBLES CORONEL, dba
TAQUERIA EL CORONEL

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1
2  Dated: 6/30/08
3
4                                          _____
                                            THOMAS E. FRANKOVICH
5                                           Attorney for Plaintiffs
                                            CRAIG YATES, DISABILITY
6                                           RIGHTS, ENFORCEMENT,
                                            EDUCATION, SERVICES:
7                                           HELPING YOU HELP OTHERS
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                    2
            STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE