Marvin Pederson    (S.B. No. 85258)
Attorney at Law
1160 N. Dutton Avenue, Suite 150
Santa Rosa, CA 95401

Telephone: (707) 544-9444
Facsimile: (707) 544-5829

Attorney for Defendants WINTER PROPERTIES, ANDRADE LUZ BEATRICE and ARMANDO ROBLES CORONEL, individuals dba TAQUERIA EL CORONEL

**FILED**

JUN 3 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,

   Plaintiffs,

vs.

WINTER PROPERTIES, a general California partnership; ANDRADE LUZ BEATRICE and ARMANDO ROBLES CORONEL, individuals dba TAQUERIA EL CORONEL,

   Defendants.

No. C-07-2657 JL

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

**JURY TRIAL DEMANDED**

Chief Magistrate Judge James Larson

It is hereby stipulated by and between the parties hereto through their respective counsel that the court may continue the Case Management Conference that is presently scheduled for July 9, 2008 to Wednesday, October 1, 2008, at 10:30 a.m. The reason for continuing the Case Management Conference is that this matter is presently scheduled for a mediation on August 14, 2008.

Dated:   June 27, 2008

/s/ Marvin Pederson
MARVIN PEDERSON,
Attorney for Defendants WINTER PROPERTIES, ANDRADE LUZ BEATRICE and ARMANDO ROBLES CORONEL, dba TAQUERIA EL CORONEL

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1
2  Dated: 4/30/08
3
4                                    _____
5                                    THOMAS E. FRANKOVICH
                                     Attorney for Plaintiffs
6                                    CRAIG YATES, DISABILITY
                                     RIGHTS, ENFORCEMENT,
7                                    EDUCATION, SERVICES:
                                     HELPING YOU HELP OTHERS
8
9
10
11                                   **SO ORDERED**
12                                   _____
13                                   JAMES LARSON
                                     U.S. CHIEF MAGISTRATE JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                      2
         STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE