1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5
   Attorneys for Plaintiffs
6  CRAIG YATES
   and DISABILITY RIGHTS,
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12
   CRAIG YATES, an individual; and          )  **CASE NO. CV-07-02657-JL**
13 DISABILITY RIGHTS, ENFORCEMENT,          )
   EDUCATION, SERVICES:HELPING YOU          )  **NOTICE OF CHANGE OF FIRM**
14 HELP OTHERS, a California public benefit )  **ADDRESS**
   corporation,                             )
15                                          )
           Plaintiffs,                      )
16                                          )
   v.                                       )
17                                          )
   WINTER PROPERTIES a general              )
18 Californai partnership; ANDRADE LUZ      )
   BEATRICE and ARMANDO ROBLES              )
19 CORONEL, individuals dba TAQUERIA        )
   EL CORONEL,                              )
20                                          )
           Defendants.                      )
21 _____)

22         **TO THE COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:**

23         PLEASE TAKE NOTICE THAT, Thomas E. Frankovich, *A Professional Law*

24 *Corporation*, has changed its address from: 2806 Van Ness Avenue, San Francisco, California,

25 94109 to the following:

26                     **4328 Redwood Hwy, Suite 300**

27                     **San Rafael, California, 94903**

28 ///

NOTICE OF CHANGE OF FIRM ADDRESS                                                              1

1 | The telephone number and fax number remain the same.

2

3 | Dated: September 10, 2008       THOMAS E. FRANKOVICH,
                                    *A PROFESSIONAL LAW CORPORATION*

4

5                                   By: _____/S/_____
                                        THOMAS E. FRANKOVICH
6                                          Attorneys for Plaintiffs

NOTICE OF CHANGE OF FIRM ADDRESS                                    2