1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiffs CRAIG YATES
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>WINTER PROPERTIES a general Californai partnership; ANDRADE LUZ BEATRICE and ARMANDO ROBLES CORONEL, individuals dba TAQUERIA EL CORONEL,<br><br>    Defendants. | **CASE NO. CV-07-02657-JL**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2  their designated counsel that the above-captioned action be and hereby is dismissed with
3  prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4  This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

7  Dated: November 13, 2008         THOMAS E. FRANKOVICH,
                                    A PROFESSIONAL LAW CORPORATION

                                    By: _____/S/_____
                                         Thomas E. Frankovich
                                    Attorney for Plaintiffs CRAIG YATES and
                                    DISABILITY RIGHTS, ENFORCEMENT, EDUCATION,
                                    SERVICES: HELPING YOU HELP OTHERS, a California
                                    public benefit corporation

14 Dated: Nov. 19      , 2008       MARVIN PEDERSON,
                                    ATTORNEY AT LAW

                                    By: _____[signature]_____
                                         Marvin Pederson
                                    Attorney for Defendants WINTER PROPERTIES,
                                    ANDRADE LUZ BEATRICE and ARMANDO ROBLES
                                    CORONEL, dba TAQUERIA EL CORONEL

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  **ORDER**

2     IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to

3 Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for

4 the purpose of enforcing the parties' Settlement Agreement and General Release should such

5 enforcement be necessary.

8 DATED: \_\_\_\_11-26\_\_\_\_\_, 2008

                                                           Honorable James Larson
                                                           Chief United States Magistrate Judge